FILED 28 DEC '20 10:06 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland _____ DIVISION

_Don D. Lovell_

*(Enter full name of plaintiff)*

Plaintiff,

v.

_Deputy Dawson, MSS710, et all.,_

_Sharon Brown, Head Nurse_

_Samantha - Bishop, Lpn._

_us marshals CCJ_

*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. _3-20-cv-804-SB_
(to be assigned by Clerk's Office)

AMENDED

COMPLAINT FOR VIOLATION OF CIVIL
RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded

☒ Yes        ☐ No

## I. PARTIES

   List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.

**Plaintiff**        Name: _Don D. Lovell_

Street Address: _703 Washington_

City, State & Zip Code: _Walla Walla, Wa 99362_

Telephone No.: _509-956-5976_

Complaint for Violation of Civil Rights (Prisoner Complaint)                 1
[Rev. 01/2018]

*they all 4 work at columBia County Jail.
there is #3 DiFFerent Business Being Ran By #3 DiFFerent owners*

**Defendant No. 1**   Name: *Sharon Brown, Head nuRse RN*
Street Address: *901 port Avenue*
City, State & Zip Code: *St Helens, oR 97057*
Telephone No.: *503-366-4630*

**Defendant No. 2**   Name: *Samantha - Bishop, LPN*
Street Address: *901 port Avenue*
City, State & Zip Code: *St Helens, oR 97051*
Telephone No.: *503-366-4630*

**Defendant No. 3**   Name: *Deputy Dawson, ms5710. et all.,*
Street Address: *901 port Avenue*
City, State & Zip Code: *St Helens, oR 97051*
Telephone No.: *503-366-4630*

**Defendant No. 4**   Name: *US Marshal CCJ*
Street Address: *1000 SW 3Rd Ave, Suite 401*
City, State & Zip Code: *PortLand, OR 97204*
Telephone No.: *503-326-2209*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

Complaint for Violation of Civil Rights (Prisoner Complaint)    2
[Rev. 01/2018]

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

8th Amendment cruel/unusual punishments, they Inflicted on Dan B-Lovell By RN Sharon Brown-Lpn Samantha-Bishop, US marshalls CCJ medical Department and staff

### III. STATEMENT OF CLAIMS

#### Claim I

State here as briefly as possible the *facts* of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.

they all Do Know the "water and Food" is very Bad at colam Bia county, It is very Bad For Inmate Lovell Health It is causing me more Intestine medical Health problems, Like I Have "stop shitting" For weeks and weeks, and also causing other medical Health problem to, Like Kidneys, Liver, pancreas, colon, and even more medical Health problems "Like colon cancer To! the First time Inmate Lovell, Had got Food + water poisoning in may to September of 2018 For 5 months in very very Bad chronic pain and the "second time" Food + water poison in September to october 2019 For 26 Days No medical Health care at all For this matter, I+ Have Left me with "serious Bodily Injury" "chronic pain" with a Long term Intestine medical Health problems, pancreas, Kidneys, Liver, and even more medical Health problems Too I+ Has Been going on For over 35 months now, also heaving "these into my Finger and toe nails! I am Being "Poison again!" or "vitamin Deficienty" and No medical Health care, For this medical matter at all, why not ? "R.C.W 30.38.480 [or 552] cruel and unusual punishment prohibited may not Be adjudged By court martial or Inflicted upon any person subject to code For the Inmate Lovell safety, in custody, is prohibited ! P.S- I am in walla walla washington my own, medical Doctor Heather, she works at the Family medical center 509-525-6605 to get me Into the Hospital For Real medical Testing, so I can get the proper medical Health care and the Right medication or to Have a Surgery to Fix this problem! more medical Report at the coming Family medical center

#### Claim II

State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.

I was Denied proper medical Health care, and also the proper medication at the time when this mea medical Health problem started to Happen or Begain, No Hep C medication at all none Jest Left me in chronic pain in my Liver !

I inmate Lovell #80660-065 was Denied all medication, and medical treatment for Hep C, and also Denied all medication and medical treatment for food and water Poison, on 12-13-2018 Doctor Andrew Grasley, MD/CD of Federal Correction Institution Sheridan, Oregon! He had approve Inmate Lovell To Have Hep C medication and medical treatment for Hep C, and Inmate Lovell He was put on a "medical List", for over 33 months Been waiting for Hep C medication, I Had not got No Hep C medication at all from all, Columbia county Jail BOP, or US marshal CCJ. Columbia county Jail, the Deputys are "covering up" all medical Grievances Been filed by Inmate Lovell 80660-065 #4 Grievance Form #001471, and also #5 Grievance Form #001478 I will show you How they all Been Doing this crime of "covering up" medical Grievances By saying in #4 Grievance Form #001477, Inmate Lovell, this Grievance appears to Be Two separate issues. this Grievance is administratively close, and not considered exhauste! also #5 Grievance Form #001478. this Grievance is considered administratively close, But not exhausted to no suggested Remedy., Columbia county Jail Inmate manual 03-01-2018 In page 9 Inmate Grievance pRocedure, To filed a grievance, you must follow the #4 Steps below in. Claim III. the order shown. You cannot skip one medical complain was not Resolved To Inmate Lovell Satisfaction! also To grievances #1,2,3

**State here as briefly as possible the facts of your case. Describe how each defendant was** was cover up **involved, when the conduct occurred, and any injuries you have suffered as a result. It is not** the same way! **necessary to give any legal arguments or cite any cases or statutes.**
Inmate Lovell, was asking for (Emergency Medical Help) I Have not shit in 12 Days. the chronic pain in my Intestine & my Stomach to the LPn Samantha—Bishop, she try to Examing or she Did not Know How To Do Her Job Right! or she Had to (cover up )), the Food & water By "falsifying" and "Lying" on Her own medical Diagnosis Report By saying nothing is wrong with you! P.S. there are #2 Grievance Has Been filed on this matter, that Has Been "cover up" By the Deputys o to Sgt Neifert, on 10/17/2019 on "Kiosk computer" I Inmate Lovell, I Do need you Sgt Neifert to Doa Real Investigation complaint and also a Grievance on Deputy Dawson's 55710, that He "Did Falsifying, and also Lying in His own Jail Incident Report 002806 was Done on 10/09/2019, Accused Inmate Lovell, that He Had Violating one major 208! P.S. on 10/16/2019 Hearing offer Deputy Hibbs #26793, He Had found Inmate Lovell "not Guilty" )) of Violating Rule 208 creating a Disturbance while on a lock Doing. P.S. this "Hate crimes mental crueled and unusual Punishment") is Being Done By Deputy Dawson's 55710, and also covering up the (criminal crimes) for Rn Sharon Brown, Samath—Bishop Lpn. P.S. Deputy Dawson 55710, He was trying to put Inmate Lovell In the "whole for 6 months the (Hate crime mental crueled and unusual punishment") By falsifying and Lying this Incident Report **(If you have additional claims), describe them on another piece of paper, using the same outline.)** But, He got Cout By Hearing officer Deputy Hibbs #26793, He found Inmate Lovell "not Guilty" of Violating Rule 208 !

## IV.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

■ Yes          ☐ No

## V.  RELIEF

State _briefly_ exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking.  Make no legal arguments.  Cite no cases or statutes.

$ 500,000⁰⁰ Dollars For medical Damages Cause By Sharon Brown RN, Samantha - Bishop Lpn; medical ColumBia County Jail, medical Department + staFF. Deputy Dawson m55710, et all. Us marshal CCJ. names oF #3 Bear witness, Dose want to TestiFy in this Jury Trial. For Real Evidences on this matter.
#1 Bear witness Anthony W. Dewey, F.P.C J1-127 Sheridan, OR
#2 Bear witness John Philip Sti ling, F.P.C J1-117 sheridan, OR  #30326-1086
#3 Bear witness Jason Paul Schaefer, F.P.C J1 sheridan, OR  #80560-065?

FF we go to Jury trial Don D. Lovell willask For twice this Amount. For DouBle Jeopardy. RelieF Sought! all Because oF The Cruel, Unusual punishments, to me.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 2 3 day of DecemBer , 20 20.

_Don D. Lovell_
_(Signature of Plaintiff)_

Complaint for Violation of Civil Rights (Prisoner Complaint)
[Rev. 01/2018]

5

*Civil case No. 3:20-cv-804-SB*

*Case No. 3:20-cv-00804-SB*
*page 1 of 3.*

# INMATE MANUAL

# COLUMBIA COUNTY JAIL



**All rules in this manual may be amended or suspended at any time by order of the Sheriff or designee.**

**As an Inmate in the Columbia County Jail, you are partially responsible for your own safety.  You are in jail and you must be aware of your surroundings.**

Effective March 1, 2018

*Civil case no. 3:20* [handwritten]

*Case no. 3:20-CV-00804-SB* [handwritten]

*page 2 OF 3.* [handwritten]

## INMATE GRIEVANCE PROCEDURE

You may submit a grievance about a condition in the jail if you think it is a problem or is unfair.  You cannot grieve:  disciplinary actions (there is an appeal process for that), incidents or problems which you were not party to, a collection of unrelated complaints, and no group grievances.

You may only grieve one issue per grievance. If the grievance lists more than one issue the grievance will be Administratively Closed and will not be considered exhausted.

Grievances must be filed within two weeks (14 days) of the event or occurrence. If the grievance is not filed within two weeks (14 days) of the event or occurrence it will be Administratively Closed and will not be considered exhausted.

A grievance is considered exhausted when the inmate provides all required information, complies with all grievance requirements, if no satisfactory resolution is reached the inmate sends the grievance to every available level, and obtains a final decision from the Sheriff.

To file a grievance, you must follow the steps below **in the order shown**.  You cannot skip one.

*on 10/01/2019 Grevance #001477, on 10/01/2019 Grevance #001478 No medical Health care at all for food & water Poisoning* [handwritten]

1. An inmate may request a Grievance Form from any Corrections Deputy at any time to bring to attention any perceived problems and proposed solutions. The inmate must clearly state the reason for the grievance to give the deputy an opportunity to resolve the issue before starting the formal grievance process. The Deputy will address any grievance within the scope of his/her authority and document any action taken regarding the request within seven (7) days.

   *my two Grevanes was cover up By Day one, Redd a copy of the Greivance Form* [handwritten]

2. If the complaint is not resolved to the inmate's satisfaction by the deputy, the inmate may send the Grievance Form to the supervisor by refusing to sign the grievance.  The Supervisor will address any grievance within the scope of his/her authority and document any action taken on the form within seven (7) days. *I was not Inmate Lovell, was not Resolved at all Jest coverup the whole thing* [handwritten]

3. If the complaint is not resolved to the inmate's satisfaction by the Supervisor, the inmate may send the Grievance Form to the Facility Supervisor or his designee. The Facility Supervisor or designee will address the complaint and document any action taken on the form within seven (7) days.

4. If the complaint is not resolved to the inmate's satisfaction by the Facility Supervisor, the inmate may send the Grievance Form to the Sheriff by refusing to sign the grievance.  The Sheriff will address the complaint and document his decision via a written letter  within fourteen (14) days. The Sheriff's decision **will be final!**

Inmates may file an Emergency Grievance in the event that circumstances exist to warrant one.  This will be filed directly to the Jail Commander in a sealed envelope, utilizing the same Inmate Grievance Form.

Emergency grievances will include such issues as:
1. Emergency medical treatment
2. Fire and life-safety complaints
3. Claims concerning missed release dates
4. Other matters for which delay would significantly impact the life or safety of the inmate

*civil case no. 3:20-cv-00804-SB*

*Case no. 3:20-cv-00804-SB*

*page 3 of 3.*

If the emergency grievance does not meet the criteria to be considered an "Emergency", the Jail Commander will redirect the grievance to a deputy to begin the standard grievance procedure as outlined above.

The inmate will not receive any copies of the grievance, attached documentation or responses until the issue is resolved to the inmate's satisfaction or the final answer has been issued by the Sheriff and the grievance is officially exhausted.

## INMATE REQUEST FORMS

The Inmate Request Forms are available upon request. These are:
1. White Inmate Request Forms are for general questions, law library and visiting;
2. Pink Medical Request Forms are for medical staff
3. Yellow or Gold Columbia County Community Corrections Forms are for correspondence with Columbia County Community Justice.

## INMATE WORKER ACTIVITIES

If you want to work in the jail, you will need to request and fill out an Inmate Worker Labor Agreement, then submit it into the mailbox. It may take several days to receive your copy.

Staff will select various inmates to do kitchen, custodial, laundry or maintenance jobs in the facility. Health care staff must clear you before you can participate in the worker activities..

You may receive work time credit only if you are sentenced and your sentence order authorizes it. Any change of a job description or shift must be approved by a Supervisor.

## INTERCOM SYSTEM

The call buttons in the cells are to be used for **emergency purposes only**. They are not to be used for any other communication. If the call buttons are misused, the inmate violating this rule will be written up for failure to abide by the rules of the Columbia County Jail.

## LAW LIBRARY

Inmates of the Columbia County Jail will be given access to one hour in the law library per request. Use of the law library will be limited only by time and the need to maintain the safety and security of the facility. To gain access, you must submit a request form at least twenty-four (24) hours in advance. You will be expected to take a note pad and pencil with you to the law library to assist you in your research. All law books, reference material and other articles must remain in the law library to ensure equal access for all inmates. There may be very limited copying capabilities available to you for which your account will be charged a fee per copy. No inmate will be denied this service based on an inability to pay.

When you finish, you are required to leave the law library orderly and neat. Please be aware that corrections staff **cannot provide you with legal advice or legal assistance.** If you have any questions, please consult your attorney.

*Lying on Inmate Grievance Form*
*Cover up*
*the truth*

# COLUMBIA COUNTY SHERIFF'S OFFICE
## CORRECTIONS DIVISION

№ 001477

## INMATE GRIEVANCE FORM

**INSTRUCTIONS:** Follow the rules in the Inmate Handbook regarding the facility's grievance procedures. Fill in the blanks in the first two sections. If you need more room, use additional sheets of paper, but not additional forms. If you want to grieve more than one issue, use a separate form for each issue.

*(handwritten left margin: By Supervisor is not Resolved this Grievance)*

**************************************************************************************

**Reason for Grievance** (check one):
[ ] conditions of confinement    [✖] medical care    [ ] general classification procedures
[ ] general discipline procedures    [ ] participation in inmate programs
[ ] religious practices    [ ] telephone, mail and visiting procedures    [ ] other (be specific)

**************************************************************************************

Inmate's Name: Don Lovell    SID:    Cell: CL2

Grievance: I Inmate Lovell #80660-065 Do Need medication to "shit again!
All Because my "Diabetic Special meal" Hes causing me more medical Health
ProBlems again "Like I stop shitting more Intestine Health problems F P I process
Leaving these Divits in my finger nails Being Poison or a Vitimin Deficency tiel

Inmate Signature: Don Lovell    Date/Time: 10/6/2019   11:00am
Receiving Deputy Signature: S. Gautukon    DPSST# 39921    Date/Time: 10-1-19   11:00am

**************************************************************************************

**Deputy's**
**Response:** Inmate Lovell, this Grievance appears to be two separate issues.
This Grievance is administratively closed, but not considered exhausted.

Deputy's Signature: Chase    DPSST# 556m    Date/Time: 10/08/2019
Inmate's signature accepting deputy's resolution of grievance:    Date/Time:

**************************************************************************************

**Supervisor's Review:**      Date/Time Received: _____

_____

_____

Supervisor's Signature: _____ DPSST# _____ Date/Time: _____
Inmate's signature accepting supervisor's resolution of grievance: _____ Date/Time: _____

**************************************************************************************

**Administrators Review:**      Date/Time Received: _____

_____

_____

Administrator's Signature _____ DPSST# _____ Date/Time: _____
Inmate's signature accepting deputy's resolution of grievance: _____ Date/Time: _____

**************************************************************************************

**Distribution:**    **White – Administrator's Copy**    **Canary – Inmate File**    **Pink – Inmate Copy**

*Lying on Inmate Grievance Form*
*the truth*

COLUMBIA COUNTY SHERIFF'S OFFICE
CORRECTIONS DIVISION

*Cover up*

001478

## INMATE GRIEVANCE FORM

**INSTRUCTIONS:** Follow the rules in the Inmate Handbook regarding the facility's grievance procedures. Fill in the blanks in the first two sections.   If you need more room, use additional sheets of paper, but not additional forms.   If you want to grieve more than one issue, use a separate form for each issue.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Reason for Grievance** (check one):
[ ] conditions of confinement          [X] medical care          [ ] general classification procedures
[ ] general discipline procedures     [ ] participation in inmate programs
[ ] religious practices                      [ ] telephone, mail and visiting procedures        [ ] other (be specific)
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Inmate's Name: Lovell Don                    SID:                    Cell: A116

Grievance: 11 Days RN Sharon Brown, She is causing Federal Inate Lovell, to Have more medical Health Problems By, Refusing medication + Health care, For "Food Poisoning" By Falsifing and Lying in the own medical Reports P.S. this is Becoming a "Wrongful Death" By Shorting Up my Life Span By 20 to 30 years, this is only called "medical murder" By RN Sharon Brown

Inmate Signature: Don F. Lovell                    Date/Time: 10/07/2019    10:41 pm

Receiving Deputy Signature: GSBSN                DPSST# 5BSN            Date/Time: 10/07/19 1042

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Deputy's**
**Response:** This Grievance is considered administratively closed, but not exhausted due to no suggested remedy.

Deputy's Signature: Chell                    DPSST# 55600            Date/Time: 10/08/19  1438 hrs

Inmate's signature accepting deputy's resolution of grievance:                    Date/Time:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Supervisor's Review:**                    Date/Time Received:

Supervisor's Signature:                    DPSST#                    Date/Time:

Inmate's signature accepting supervisor's resolution of grievance:                    Date/Time:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Administrators Review:**                    Date/Time Received:

Administrator's Signature                    DPSST#                    Date/Time:

Inmate's signature accepting deputy's resolution of grievance:                    Date/Time:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Distribution:**          **White - Administrator's Copy**          **Canary - Inmate File**          **Pink - Inmate Copy**

*(handwritten marginal notes, left side, rotated:)* By Inmate Supervisor or not Resolved is not go Through the Policy did not go By the Deputy or By Exhausted all By "Cover up" #4

*(handwritten top left:)* Cover up

SO COLUMBIA CO
INCIDENT REPORT

| JAIL INCIDENT | | | |
|---|---|---|---|
| | **002806** | | **Date: 10/09/2019 04:45** |
| **LOCATION**<br>CCSO | **REPORTED BY**<br>DAWSON, M 55710 | **REPORT DATE**<br>10/09/2019 | **REPORT TIME**<br>05:12 |



| NAME:LOVELL DON DOUGLAS | | | NUM:101413 |
|---|---|---|---|
| **CURRENT HOUSING**<br>CCSO JAIL A L L4 | **CURRENT CLASSIFY**<br>MEDIUM | **INV PARTY TYPE**<br>SUSPECT | **BYPASS HEARING**<br>No |

**SHORT SYNOPSIS**
On 10/09/2019 at approximately 0445 hours, I was conducting a security check of A-Pod. While walking by AL4 (Inmate Lovell, Don) called me a "piece of shit" and accused me of sexually harrassing him because I opened his door.

| VIOLATION # 1 | 208 CREATING A DISTURBANCE WHILE ON LOCK DOWN, (I.E. BANGING DOORS, EXCESSIVE NOISE, FLOODING THE CELL, ETC.) |
|---|---|
| LEVEL | MAJOR RULE VIOLATION |
| VIOLATION # 2 | 121 DISRESPECT TOWARDS ANY STAFF MEMBER OR SHERIFF'S OFFICE EMPLOYEE. |
| LEVEL | MINOR RULE VIOLATION |

| HEARING | |
|---|---|
| **Allow**<br>No | **Allow By** |

| SCHD HEARING DATE | TIME |
|---|---|
| HEARING DATE | TIME |
| HEARING LOCATION | |
| HEARING OFFICER 1 | |
| HEARING OFFICER 2 | |
| FINDING DATE | TIME |
| REVIEW | |
| REVIEW DATE | TIME |
| REVIEW BY | |
| COMPLETE | |
| COMPLETE DATE | TIME |
| COMPLETE BY | |

**INMATE INTERVIEW**

*Case No. 3:20-CV-00804-SB*

On Oct 15th 2019, around 1300 hours, I held an adjudication with Inmate Lovell, Don. Inmate Lovell has accused of violating two jail rules on Oct 9th 2019 around 0445 hours. The hearing was held over write up 002806 initiated by Deputy Dawson. Dawson's report was dated Oct 9th 2019 at 0512 hours.

Inmate Lovell entered the following plea on each rule violation.

Major rule 208 Creating a disturbance while on lockdown  Not Guilty

Minor rule 121 Disrespect towards any staff member or Sheriff's Office Employee.  Not Guilty

Upon reviewing the report, video, and evidence presented at the hearing, I have made the following decision.

Rule 121 disrespect towards any staff member or Sheriff's Office Employee.  Guilty.

Inmate Lovell will receive 5 days of lockdown.

Rule 208 Creating a disturbance while on lock down.  Not Guilty.

Lockdown to start on 10/9/19 and end on 10/15/19

Deputy Hibbs 26793

Case No, 3:20-CV-00804-SB

10/15/2019

To Sgt Neifert, on "Kiosk computer"

I Federal Inmate Lovell, I Do need you
Sgt Neifert to Do a Real Investigation on
"Harrassment" and also may Be Sexually
"Harrassment" Done By Deputy Dawson m.55710
on 10/08/2019 also on 10/09/2019, and also
Deputy Dawson, He Had Falsifying and also
Lying in His own Incident Report 002806
By Deputy Dawson, opening my cell Door and
coming Into my cell, all night Long, Jest to
Harrassing a very sick Federal Inmate Lovell
about 5 Different times From 10/08/2019 6:00pm
to 10/09/2019 4:45am in A Pod there should
Be a Vido tape Recording on this matter, and
also a Body Vido Recording camera to!
P.S!

Federal Inmate Lovell, was asking For
"Emergency medical Help", I Have not
shit in 12 Days, the chronic pain in my Intestine +
my stomach to, the Fat Lpn Samahtha-Bishop
she try to Examining Inmate Lovell, she
Had to "cover up" the Food + water poisoning By
"Falsifying" and "Lying" on Her own medical
"Diagnosis Report" By saying nothing is wrong
with you P.S. there are #2 Grevance Has Been
Filed on this mater, that Has Been "covering" By Deputy.

Case No. 3:20-cv-00804-S.B.

10/17/2019

To Sgt NeiFert,        on "Kiosk computer"

I Federal Inmate Lovell, I Do need you Sgt NeiFert to Do a "Real Investigation" Complant, and also Grievance on Deputy Dawson's 55710, that He Died Falsi Fying and also Lying in His own Jail Incident Report 002806 was Done on 10/09/2019, Accused.
Federal Inmate Lovell, that He Had Violating one major Rule 208.

"P.S."

on 10/15/2019 Hearing oFFier Deputy HiBBs #26793, He Had Found Federal Inmate Lovell "Not Guilty," oF Violating Rule 208. creating a DisturBance while on Lock Down.

"P.S."

This "Hate crime Harrassment," is Being Done By Deputy Dawson's 55710, and also with other staFF to Like medical sharon Brown, samantha "P.S." this is "why" It is "unsafe," Health conditions, For all Federal and state Inmate is Being Held For court at columbia county Jail." thank you For your time. Don Lovell

TRULINCS  80660065 - LOVELL, DON DOUGLAS - Unit: SHE-J-J

---------------------------------------------------------------------------------------------------------

FROM: 80660065
TO: Health Services
SUBJECT: ***Request to Staff*** LOVELL, DON, Reg# 80660065, SHE-J-J
DATE: 10/26/2019 05:04:07 PM

To: Chronic Health Care, Dr Andrew
Inmate Work Assignment: none

I do need medical help for a Serious Bodily Injury, with the Chronic Pain with Long Term Intestine Medical Health Problems,
Like "Pancreas", "Kidneys", "Liver", and more Medical Health Problems To!  It Has Been Going On For Over 1 Year Now, The
First Time It Had Started In May Of 2018.  "P.S."  It IS Leaving These "Divits And Lines" Into My Finger Nails And Also In My Toe
Nails To! "P.S." Am I Being "Poison Again", By The "Very Bad Food" I Eat, And The "Very Bad Water" I Drind In My Cell AL4 At
"Columbia County Jail"! "P.S." This "Very Bad Food" And "Very Bad Water" And "Poison Cheimals" Are Getting Into My "Special
meal Food" 3 Times Daily, IT Has Cause Me "NOT To SHIT For 27 Days", Yhe Chronic Pain Is Really Bad In My "Intestine
Area".

THANK YOU FOR YOUR TIME.  DON D. LOVELL



## Multnomah County
### Health Department

MC MEDICAL RECORDS
619 NW 6TH AVE
PORTLAND OR 97209-3964

Lovell, Don Douglas
MRN: 4459569, DOB: 9/30/1965, Sex: M

*Case No. 3:20-CV-00804-SB*

## Problem List

### Patient Demographics

| Patient Name | MRN | Sex | DOB |
|---|---|---|---|
| Lovell, Don Douglas | 4459569 | Male | 9/30/1965 |

**Problem List as of 10/10/2019**

Date Reviewed: **2/7/2018**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Other emphysema (HCC-CMS)** | ICD-9-CM: 492.8<br>ICD-10-CM: J43.8 | | | 2/7/2018 -<br>Present |

Overview Addendum 2/7/2018 2:49 PM by James McDonald, FNP.
  inpt x 2 2016 nfor acute exacerbations 02/2016 & 05/2016
  CT chest 5/22/17 no significant parenchymal abnormalities
  PFTs 06/29/17: consistent with mixed restrictive/obstructive physiology
  FEV1 = 1.58 76% predicted status post bronchodilators
  Pre bronchodilators FEV1= 67%
  Exertional oxymetry : 800 ft > 4 min O2 sat 97%; desat nadir 91%

| | | | | |
|---|---|---|---|---|
| **Type 2 diabetes mellitus with circulatory disorder (HCC-CMS)** | ICD-9-CM: 250.70<br>ICD-10-CM: E11.59 | | | 2/7/2018 -<br>Present |
| **Osteoarthritis of spine with radiculopathy, lumbosacral region** | ICD-9-CM: 721.3<br>ICD-10-CM: M47.27 | | | 2/7/2018 -<br>Present |

Overview Signed 2/7/2018 2:37 PM by James McDonald, FNP
    Lumbar radiculopathy
    Cervical spondylosis
    Cervical spinal stenosis
    Status post L5-S1 fusion

| | | | | |
|---|---|---|---|---|
| **Tobacco abuse** | ICD-9-CM: 305.1<br>ICD-10-CM: Z72.0 | | | 2/7/2018 -<br>Present |
| **Hyperlipidemia** | ICD-9-CM: 272.4<br>ICD-10-CM: E78.5 | | | 2/7/2018 -<br>Present |

Overview Signed 2/7/2018 2:38 PM by James McDonald, FNP.
Lab Results

| Component | Value | | Date |
|---|---|---|---|
| TRIGLYC | 105 | | 01/29/2018 |
| CHOL | 183 | | 01/29/2018 |
| HDL | 67 | | 01/29/2018 |
| LDL | 96 | | 01/29/2018 |
| CHOLHDL | 2.7 | | 01/29/2018 |
| NONHDL | 116 | | 01/29/2018 |

| | | | | |
|---|---|---|---|---|
| **Other osteoporosis without current pathological fracture** | ICD-9-CM: 733.09<br>ICD-10-CM: M81.8 | | | 2/7/2018 -<br>Present |
| **Screening for HIV (human immunodeficiency virus)** | ICD-9-CM: V73.89<br>ICD-10-CM: Z11.4 | | | 2/7/2018 -<br>Present |

Overview Signed 2/7/2018 2:40 PM by James McDonald, FNP
Lab Results

| Component | Value | | Date |
|---|---|---|---|
| HIVABP24AG | NON-REACTIVE | | 01/29/2018 |


**Multnomah County**
Health Department

MC MEDICAL RECORDS    Lovell, Don Douglas
619 NW 6TH AVE    MRN: 4459569, DOB: 9/30/1965, Sex: M
PORTLAND OR 97209-3964

*Case No. 3:20-cv-00804-SB*

| Problem List (continued) as of 10/10/2019 | | | | Date Reviewed: 2/7/2018 |
|---|---|---|---|---|
| | Codes | Priority | Class | Noted - Resolved |
| **Family hx of colon cancer requiring screening colonoscopy** | ICD-9-CM: V16.0 ICD-10-CM: Z80.0 | | | 2/7/2018 - Present |
| Overview Signed 2/7/2018  2:43 PM by James McDonald, FNP | | | | |
| Reports father and sister w colon CA | | | | |
| Should have screening colonoscopy q 5 yrs | | | | |
| **Hep C w/o coma, chronic (HCC-CMS)** | ICD-9-CM: 070.54 ICD-10-CM: B18.2 | | | 2/2/2018 - Present |
| Overview Signed 2/2/2018  7:39 AM by Angelina Platas, MD | | | | |
| 1/18 - Hep C Ab pos / RNA > 13 million | | | | |

## Medications
### Patient Demographics

| Patient Name | MRN | Sex | DOB |
|---|---|---|---|
| Lovell, Don Douglas | 4459569 | Male | 9/30/1965 |

### Outpatient Comprehensive Medication List

| Prescriptions | Disp | Refills | Start | End |
|---|---|---|---|---|
| IBUPROFEN 600 MG TABLET **Sig :** TAKE 1 TABLET(S) ORALLY THREE TIMES DAILY MAY REFUSE **Class :** Historical Med **Order# :** 184905930 | | | 9/5/2019 | 9/6/2019 |
| SUDOGEST PE 10 MG TABLET **Sig :** TAKE 1 TABLET(S) ORALLY THREE TIMES DAILY FOR NASAL CONGESTION. MAY REFUSE. **Class :** Historical Med **Order# :** 184517299 | | | 9/2/2019 | 9/6/2019 |
| FIBER-CAPS (PSYLLIUM HUSK) 0.52 GRAM CAPSULE **Sig :** TAKE 1 CAPSULE(S) ORALLY TWICE DAILY MAY REFUSE **Class :** Historical Med **Order# :** 184490811 | | | 8/31/2019 | 9/6/2019 |
| STOOL SOFTENER 100 MG CAPSULE **Sig :** TAKE 1 CAPSULE(S) ORALLY TWICE DAILY MAY REFUSE **Class :** Historical Med **Order# :** 184490809 | | | 8/31/2019 | 9/6/2019 |
| ASMANEX TWISTHALER 220 MCG/ACTUATION(1 20 DOSES) BREATH ACTIVATED INHLR **Sig :** INHALE 1 PUFF(S) ORALLY TWICE DAILY OWN MED | | | 8/24/2019 | 9/6/2019 |

## Bureau of Prisons
## Health Services
## Inmate Immediate Release

| Reg #: 80660-065 | Inmate Name: LOVELL, DON DOUGLAS |
|---|---|

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

TB Clearance: Yes

Last PPD Date: 1998

Induration:

Last Chest X-Ray Date: 5/7/19

Results: lungs are clear

TB Treatment: Latent TB Treated

Sx free for 30 days: Yes

TB Follow-up Recommended: No

Transfer To: Community

Transfer Date: 11/25/2020

Health Problems

| Health Problem | Status |
|---|---|
| LTBI Prophy Hx Prior to BOP Incarceration | Current |
| Chronic viral hepatitis C | Current |
| Type 2 diabetes mellitus | Current |
| Hyperlipidemia, unspecified | Current |
| Alcohol Use Disorder: Moderate | Current |
| Presbyopia | Current |
| Chronic obstructive pulmonary disease [COPD] | Current |
| Asthma | Current |
| Pulpitis | Current |
| Constipation, unspecified | Current |
| Low back pain | Current |
| Enlarged prostate with lower urinary tract symptoms (BPH) | Current |
| Coronavirus COVID-19 test negative | Current |

Medications: All medications to be continued until evaluated by a physician unless otherwise indicated. Bolded drugs required for transport.

**Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT Exp: 07/31/2021 SIG: Don't use daily. Inhale 2 puffs by mouth 4 times a day as needed to prevent/relieve asthma attack (inhaler to last 90 days. If need more, make sick call) "Empty container is to be returned for refill"**
**Albuterol Sulfate (3ml) 0.083% neb soln Exp: 02/20/2021 SIG: One vial via nebulizer every four hours AS NEEDED only  (one box to last 30days)**
**Amitriptyline  50 MG Tab Exp: 01/27/2021 SIG: Take two tablets (100 MG) by mouth twice daily for nerve pain ***pill line***
Atorvastatin 40 MG TAB Exp: 07/31/2021 SIG: Take one tablet (40 MG) by mouth at bedtime for control of cholesterol**
**Budesonide/Formoterol 160-4.5 MCG/ACT 10.2 GM Exp: 01/27/2021 SIG: *SHAKE WELL* and Inhale 2 puffs twice daily **rinse mouth after use** "Empty container is to be returned for refill"**
**Ibuprofen 600 MG Tab Exp: 01/27/2021 SIG: Take one tablet (600 MG) by mouth with food twice daily as needed for pain and inflammation "Chronic Care Verified"**
**Ipratropium/Albuterol Neb Sol 0.5/3(2.5equiv)MG Exp: 02/20/2021 SIG: Inhale the contents of 1 vial by mouth via nebulizer twice daily AS NEEDED   (one box to last 30 days) ***pill line***
Lactulose Soln (473 ML) 10 GM/15 ML Exp: 01/27/2021 SIG: Drink 30ml by mouth each day only AS NEEDED for constipation (one bottle must last at least 30 days)**
**metFORMIN HCl  500 MG Tab Exp: 07/31/2021 SIG: Take one tablet (500 MG) by mouth with food twice daily for control of diabetes**
**Tamsulosin HCl 0.4 MG Cap Exp: 07/31/2021 SIG: Take two capsules (0.8 MG) by mouth daily**
**Tiotropium Bromide HandiHaler 30 Cap 18 MCG Inh Exp: 02/20/2021 SIG: Two inhalations of contents of 1 capsule once daily for COPD. These are for oral inhalation & must NOT be swallowed. Always store in sealed blisters and remove only  immediately before use.**

OTCs: Listing of all known OTCs this inmate is currently taking.

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

Pending Appointments:

| Date | Time | Activity | Provider |
|------|------|----------|----------|
| 08/26/2020 | 00:00 | Sick Call/Triage | Physician 01 |
| 07/30/2021 | 00:00 | Chronic Care Visit | Physician 01 |

Non-Medication Orders:
No Data Found

Active Alerts:
No Data Found

Consultations:
Pending Institutional Clinical Director Action
No Data Found

Pending UR Committee Action
No Data Found

Pending Regional Review Action
No Data Found

Pending Scheduling
Consultation/Procedure Requested: Pulmonology
Subtype: Offsite Appt
Location: Offsite
Ordered Date: 10/19/2020
Scheduled Target Date: 01/27/2021
Level Of Care: Medically Necessary - Non-Emergent
Reason for Request: PFT and 6 minute walk test. (No albuterol 6 hours prior to test)
Provisional Diagnosis: COPD
Consultation/Procedure Requested: Pulmonology
Subtype: Offsite Appt
Location: Offsite
Ordered Date: 10/19/2020
Scheduled Target Date: 01/27/2021
Level Of Care: Medically Necessary - Non-Emergent
Reason for Request: Pulmonologist requests 3 month follow up.
Provisional Diagnosis: COPD
Consultation/Procedure Requested: Radiology
Subtype: CT scan, Offsite
Location: Offsite
Ordered Date: 10/19/2020
Scheduled Target Date: 01/02/2021
Level Of Care: Medically Necessary - Non-Emergent
Reason for Request: Low dose CT scan of the chest.
Provisional Diagnosis: COPD, h/o tobacco use

Pending Consultation
Consultation/Procedure Requested: Gastroenterology
Subtype: Colonoscopy
Location: Offsite
Ordered Date: 07/30/2020
Scheduled Target Date: 11/07/2020
Scheduled Date: **SEE BEMR**
Level Of Care: Medically Necessary - Non-Emergent
Reason for Request: Colonoscopy. Patient > 50, has family history of colon cancer. Has never had a colonoscopy.
Provisional Diagnosis:

Reg #:  80660-065                    Inmate Name:  LOVELL, DON DOUGLAS

SENSITIVE BUT UNCLASSIFIED -- This information is confidential and must be appropriately safeguarded.

Consultation/Procedure Requested: Neurology
                            Subtype: Neurology, NOS
                            Location: Offsite
                            Ordered Date: 11/04/2019
                    Scheduled Target Date: 03/02/2020
                        Scheduled Date: **SEE BEMR**
                            Level Of Care: Medically Necessary - Non-Emergent
                    Reason for Request: Inmate claims that he has nerve damage from a back injury. will benefit from
                                    NCVS/EMG of the lower extremities.
                    Provisional Diagnosis: lower extremity pain, paresthesia without significant physical findings

Pending Results
    No Data Found

Sickle Cell:
    Sickle Cell Trait/Disease:    No

Limitations/Restrictions/Diets:
    Cleared for Food Service: Yes
    Sedentary Work Only --- permanent

Comments:
    Inmate immediately releasing from an institution with 8 total cases of COVID, last diagnosed from a new intake on
    11/13.
    Normal temps and no symptoms of COVID per staff Paramedic today.
    Inmate on quarantine since: Not on quarantine due to immediacy of release.
    Negative rapid COVID test: Rapid test collected.
    Lab send out PCR collected today: Not yet resulted. Public health authorities will be notified of pertinent results.
    Previous negative PCR COVID tests: 7/7, 8/30, 9/21

Allergies
    No Known Allergies

Devices / Equipment
    Eye Glasses
    Nebulizer

Travel:
        Direct Travel: No
    Travel Restrictions: None
    UNIVERSAL PRECAUTIONS OBSERVED WHEN TRANSPORTING ANY INMATE:

    Transfer From Institution:  SHERIDAN FCI                           Phone Number: 5038434442
                    Address 1:  27072 BALLSTON ROAD
                    Address 2:
                City/State/Zip:  SHERIDAN, Oregon 97378

    Name/Title of Person Completing Form: Huston, Amanda HSA/RN                        Date:  11/25/2020

    Inmate Name:  LOVELL, DON DOUGLAS          Reg #:  80660-065    DOB:  09/30/1965    Sex:    M

#1. Bear witness Anthony V. Dewey, He want to testify Jury trial

Don D. Lovell

#80660-065                                    Page 1 of 6

Federal Detention Center J-1/116

P.O. Box 6000

Sheridan, OR 97378


In the United States District Court

For the District of Oregon


|  | Civil Case No. 3:20-CV-804-SB |
|---|---|
| Don Douglas Lovell | Case No. 3:20-CV-00804-SB |
| Plaintiff |  |
| V. | Motion |
| Columbia County |  |
| Jail Staff, Medical | Affidavit |
| Foods and Guards |  |


Declaration under Penalty of Perjury of Anthony Wayne Dewey. Federal I.D. No. 80706-065, Columbia County Booking No. 3760.


I Anthony Wayne Dewey, being competent to make this Declaration and having personal knowledge of the matters stated therein, declares persuant to 28 U.S.C. $1746:

CASE No. 3:20-CV-00804-SB

Civil case No. 3:20-CV-00804-SB

PAGE 2 OF 6

I WAS DETAINED IN COLUMBIA COUNTY JAIL FROM AUGUST 3, 2017 UNTIL SEPTEMBER 2019.

In NOVEMBER OF 2016, I WAS SEEN AND DIAGNOSED BY KEIRAN K. TUCK, MD OF THE OREGON CLINIC, NEUROLOGY - WEST, WITH HYPERTENSION (ICD-401.9)(ICD10-I1e T.1A (ICD10-435.9)(ICD10-G45.9). HIGH BLOOD PRESSURE, HIGH CHOLESTEROL AND MINI STROKES.

I WAS STILL TRYING TO RECOVER FROM AN ATTACK I HAD IN OCTOBER 2016 WHEN I WAS ARRESTED WITHIN THE FIRST WEEK IN COLUMBIA COUNTY JAIL I HAD ANOTHER ATTACK WHICH LEFT ME VERY WEAK AND STUDDERING. COLUMBIA COUNTY JAIL MEDICAL STAFF SAW NO PROBLEM, HOWEVER A STAFF MEMBER OF COLUMBIA COUNTY MENTAL HEALTH THAT CAME TO INTERVIEW ME FELT OTHERWISE AND CONVINCED THEM TO TAKE ME TO THE HOSPITAL.

ON NOVEMBER 9, 2017, I HAD ANOTHER ATTACK IN WHICH I WAS UNABLE TO WALK, STUDDERING AND HAVING SEISURES. THE HEAD NURSE ON DUTY, NOT SHARON BROWN, HAD THEM CALL AN AMBULANCE AND TAKE ME TO THE HOSPITAL. THEY TOOK ME TO O.H.S.U. WERE THE DID A COUPLE TESTS WHICH REVIELED NOTHING. I WAS UNABLE TO COMMUNICATE WITH THE DOCTOR DUE TO MY CONDITION. THE DEPUTIES THAT ACCOMPANIED ME TOLD THEM THAT WAS NORMAL FOR ME. THE DOCTOR RELEASED ME. BOTH TIME THE INSTRUCTION WERE TO BRING ME BACK IF SYMPTOM GOT WORSE OR RE: OCCURED)

I HAD MORE ATTACKS ON NOVEMBER 13, 2017, NOVEMBER 16, 2017, NOVEMBER 21, 2017 AND MARCH 14, 2018, IN WHICH I COLLAPSED IN THE DAY AREA AND THREE OR FOR DEPUTIES WOULD CARRY ME TO MY CELL AND LEAVE ME THERE. DURING THESE I WAS UNABLE TO WALK, STUDDERING, EXTREME HEADACHES, DIZZINESS, LIGHTHEADED AND SEISURES. THE SEISURES LASTING UP TO FOUR AND A HALF HOURS. THEY NEVER CAME IN TO CHECK ON ME, JUST

CASE No. 3:20-CV-00804-SB
Civil case no. 3:20-CV-00804-SB

Page 3 of 6

LOOKED THRU THE WINDOW ON THEIR WAY BY. WHEN OTHER INMATES ASKED
WHY THEY WERE NOT DOING ANYTHING TO HELP ME AND CONTINUED TO DO SO FOR
A COUPLE WEEKS, THEY TOOK ME OUT OF THE POD (C-POD) AND PUT ME IN (A-POD
WHICH IS THE HOLE AND TEMPORARY ONE NIGHT FOR INTAKE INMATES. IN OTHER
WORDS, THEY ISOLATED ME.

On June 24, 2018, THEY MOVED ME BACK TO C-POD. BUT ON August 12, 2018,
I HAD ANOTHER ATTACK AND THEY PUT ME BACK IN ISOLATION AGAIN IN A-POD. THEY
TOLD EVERYONE I WAS FINE AND TO MIND THEIR OWN BUSINESS.

On November 16, 2018, I HAD ANOTHER ATTACK DURING A CRONIC CARE
APPOINTMENT WITH NANCY RONAN, THE HEALTH CARE PROVIDER. THE ATTACK CAME
ON RIGHT IN FRONT OF HER. SHE PANICED SENT ME BACK TO MY CELL AND
DISREGUARDED THE WHOLE INSIDENT. THAT TIME THEY ACTUALLY PUT ME IN A
CELL IN BOOKING ON A PAD ON THE FLOOR. THERE WAS NOTHING ELSE IN THE CELL
NO BED, NO TOILET, NO SINK. THAT IS WHERE I LAYED HAVING SEISURES FOR
FOUR AND A HALF HOUR. THE LEFT ME IN THAT CELL FOR 24 HOURS.

IN ADDITION TO THE SEISURE PROBLEMS, I HAVE HIGH BLOOD PRESSURE.
FOR THE LONGEST TIME I DIDN'T KEEP TRACK TILL ON DAY SHARON BROWN,
THE PERSON IN CHARGE OF MEDICAL, MADE A COMMENT THAT MY BLOOD PRESSURE WAS
TOO HIGH AND THAT SHE WASN'T GOING TO WRITE IT DOWN BECAUSE IT DIDN'T LOOK
GOOD. A COUPLE DAYS LATER I ASKED WHAT MY BLOOD PRESSURE WAS TWO DAYS
AGO. SHE LOOKED AND IT WASN'T WRITTEN DOWN. AFTER THAT I KEPT TRACK MYSELF
AND IN DOING SO I FOUND 2 OUT OF THE 4 NURSES WROTE DOWN WRONG OR
FALSIFIED BLOOD PRESSURES. A FEW TIMES THE PRESSURE WERE VERY DAGEROUSLY
HIGH AND THE WROTE NORMAL PRESSURES DOWN. SHARON BROWN AND A NURSE
NAME SAMANTHA ARE THE TWO WHO FALSIFY RECORDS

CASE No. 3:20-CV-00804-SB
Civil case No. 3:20-CV-00804-SB

PAGE 4 OF 6

I ALSO HAVE MOBILITY ISSUES. I TOOK 6 MONTHS AND FILING A GRIEVANCE TO GET MOBILITY ASSISTANCE. THEY REFUSED TO ALLOW ME TO HAVE MY OWN WALKER BROUGHT IN. SHARON BROWN SAID SECURITY WOULDN'T ALLOW IT BUT SECURITY SAID IT WAS MEDICALS CALL. WHEN I BROUGHT IT UP WITH NANCY RONAN, THE CARE PROVIDER, SHE KNEW NOTHING ABOUT IT. SHARON BROWN KEPT THAT INFORMATION FROM HER. SHE COULDN'T UNDERSTAND WHY I COULDN'T HAVE MY WALKER. SHARON BROWN SAW TO IT THAT THE GRIEVANCE DIDN'T MAKE IT TO THE SHERIFF.

ANOTHER ISSUE I HAD WAS MY FEET BEING SWOLLEN. THE PROBLEM STARTED ON OCTOBER 13, 2017 AND CONTINUED TILL A MONTH AFTER I WAS OUT OF COLUMBIA COUNTY. THE MEDICAL STAFF AND CARE PROVIDER LOOKED AT IT AND DID NOTHING EXCEPT GIVE ME TABLETS FOR WATER RETENTION. THE PROBLEM PERSISTED FOR SO LONG THAT I'VE LOST FEELING ON 1/2 OF MY FOOT AND STILL HAVE PAIN THROUGH OUT MY ENTIRE FOOT DEEP INTO THE BONES.

ANOTHER ISSUE WAS EYE CARE. I HAVE WORN CORRECTIVE LENSES SINCE 1971. I'VE WORN CONTACTS EXCLUSIVELY SINCE 1983. COLUMBIA COUNTY WOULD NOT ALLOW ME TO HAVE CLEANERS AND SOLUTIONS FOR MY CONTACTS OR ANYTHING TO STORE THEM IN. AFTER I WAS ARRESTED, MY DAUGHTER BROUGHT IN MY SUPPLY OF CONTACT LENSES. WHEN I HAD MY TIA ATTACK ON NOVEMBER 16, 2018, AND SPENT 24 HOURS IN THE CELL IN BOOKING. THEY CLEANED OUT MY CELL AND IN THE PROCESS THREW AWAY MY CONTACTS. WHEN I BROUGHT IT UP, THEY DENIED IT. THE FACT REMAINS MY REPLACEMENT LENSES WERE GONE. THEY DENIED MY FAMILY BRINGING MORE IN. MY ATTORNEY, AFTER TALKING TO THE U.S. MARSHALS ADVISE ME TO PUT IN A REQUEST FOR A PRISONE MEDICAL REQUEST

CASE No. 3:20-CV-00804-SB
Civil Case No. 3:20-CV-00804-SB

PAGE 5 OF 6

FOR NOT ONLY EYE CARE BUT TO SEE A NEUROLOGIST. THEY KEPT
DENYING IT. SINCE NOTHING WAS HAPPENING DEPUTY SANCHEZ WITH THE
U.S. MARSHALS CONTACTED COLUMBIA COUNTY WHO DENIED GETTING THE REQUEST
IT FINALLY FELL UPON RAVI SINHA AT THE U.S. ATTORNEYS OFFICE AND
HONORABLE MAGISTRATE JUDGE JOHN V. ACOSTA TO FORCE THE U.S. MARSHAL AND
COLUMBIA COUNTY TO GET ME EYE CARE. ON JULY 24, 2019, I WAS TAKEN TO
THE CASEY EYE INSTITUTE FOR AN EYE EXAM. THEY CHECKED MY EYES AND SAID
THAT DUE TO THE LACK OF EYE CARE AND OXYGEN DEPERVATION FROM POOR CARE,
IT HAS DONE EXTENSIVE DAMAGE TO MY CORNEA AND INTO THE IRIS AND THAT I
MAY NEVER WEAR CONTACTS AGAIN BECAUSE OF THE DAMAGE. THEY HAD NO AUTHORIZATION
TO FILL ANY PERSCRIPTION FOR NEW LENSES (GLASSES). THAT TOOK ANOTHER
HEARING WITH JUDGE ACOSTA TO FORCE THAT ISSUE AND IN THE MEAN TIME
I HAD NO CORRECTIVE LENSES TO SEE AND I AM VERY NEAR SIGHTED
ON AUGUST 1, 2019, I HAD THAT HEARING. AUGUST 2, 2019 HAD AN APPOINTMENT TO
GET GLASSES. JUDGE ACOSTA GAVE THEM TILL MONDAY AUGUST 5, 2019 TO MAKE
THE APPOINTMENT. MY GLASSES WERE DONE ON AUGUST 12, 2019 BUT THEY DIDN'T
TAKE ME TO GET THEM TILL AUGUST 21, 2019.

THESE ARE JUST SOME OF THE ISSUES I HAD AND VERY BRIEF. I'VE
PERSONALLY SEEN OTHER INMATES GO THRU THE SAME PROBLEMS. ANYONE
WITH ACTUAL MEDICAL ISSUES WERE NOT CARED FOR. ONE ELDERLY GENTLEMAN,
GENE BASKA, HAD PARKINSONS DISEASE FELL IN THE SHOWER. THEY DID NOTHING
AND WHEN HE GOT OUT A MONTH LATER HE FOUND OUT HE TORE A HOLE IN HIS
KIDNEY IN THAT FALL.

THEY REFUSE TO GIVE MOST MEDICATIONS BECAUSE NOBODY IS QUALIFIED
TO ISSUE THE MEDICATIONS. A NURSE PRACTITIONER (NANCY RONAN) IS THE

CASE No. 3:20-CV-00804-SB
Civil case No. 3:20-CV-00804-SB

PAGE 6 OF 6

CLOSES THING TO A DOCTOR.

I WAS TOLD BY ONE OF THE NURSING STAFF THAT AFTER I HAD
THE ATTACK IN FRONT OF NANCY RONAN, THE CARE PROVIDER, THAT NANCY HAD
AUTHORIZED MY SEEING A NEUROLOGIST. HOWEVER, SHARON BROWN HAS TO
SEND IN THE P.M.R (PRISONER MEDICAL REQUEST) IN ORDER TO GET IT DONE AND
SHE REFUSED TO FOLLOW UP WITH NANCY RONANS REQUEST AND A NUMBER OF
REQUESTS BY ME. SHARON BROWN DECIDED AGAINST THE CARE PROVIDERS
MEDICAL REQUEST.

I HAD SEEN AN INMATE THAT WAS DETOXING AND HAD OTHER MEDICAL
ISSUES THAT THEY IGNORED. THAT MAN DIED AND WAS TAKEN OUT IN A WHEEL
CHAIR TO COVER UP THE FACT HE WAS DEAD.

I'VE BEEN A LONG TIME RESIDENT OF ST. HELENS AND THE CITY PUTS OUT
PUBLIC NOTICES TO NOT DRINK THE PUBLIC WATER. IT MUST BE BOILED BEFORE
CONSUMING, YET THAT IS ALL YOU GET TO DRINK.

THEIR FOOD IS ANOTHER PROBLEM. THE SPECIAL DIETS WHICH THEY HAD
REFUSED TO LET ME OFF OF WAS ALMOST ALL STARCH. THAT IS WHAT IS
GIVEN TO DIABETICS AS WELL. BECAUSE OF THE AMOUNT OF STARCH WHICH
TURNS TO SUGARS, DIABETICS HAVE TO TAKE MORE INSOLINE TO CONTROL
THEIR SUGAR COUNT. I MYSELF LOST 85 LBS AND MY BODY WAS CONSUMING
ITSELF FROM POOR NEUTRITION.

PURSUANT TO 28 U.S.C. §1746, I DECLAIRE UNDER PENALTY OF
PERJURY THAT THE FORGOING IS TRUE AND CORRECT. EXICUTED ON THIS
THE 28TH OF JULY, 2020.

ANTHONY W. DEWEY

#2 Bear witness John P. Stirling, He want to testify in Jury Trial.

Don O. Lovell                                    07-28-2020
#80660-065                                       page 1 of 4
Federal Detention center J1-116
P.O. Box 6000
Sheridan OR 97378


In the United State District court

For the District of Oregon

|  | Civil case No. 3:20-cv-804-SB |
|---|---|
| Don Douglas Lovell | case no. 3:20-cv-00804-sB |
| Plaintiff | motion |
| V. | AFFidavit of |
| Columbia county Jail staff, medical food, guards | John Philip Stirling #303 26-08 C |


I John Philip Stirling Swear

under oath and penalty of

Case No. 3:20-cv-008-04-SB

②

AFFIDAVIT : STIRLING

THE FOLLOWING INFORMATION OF MY

2 MONTHS A COLUMBIA COUNTY JAIL

IS TRUE

THE MEDICAL CARE WAS THE

WORSE OF ALL THE PRISONS IN OREGON

I HAVE HAD THE UNPLEASANT ~~OR~~

LUCK TO HAVE BEEN PLACED IN. I

ALMOST DIED DURING THE LAST

LONG 2 WEEKS I SUFFERED

THERE. I AM A DIABETIC AND

REQUIR 2 20 cc INJECTIONS

OF INSULIN / DAY. FOR UP TO

5 DAY STRAIGHT ON 3 OCCASIONS

Case no. 3:20-CV-00804-SB

③

AFFIDAVIT: STIRLING

INSULIN WAS WITHELD FROM ME

FOR THE WHOLE STAY COLUMBIA

COUNTY PRISON SHORTED ME ON

INSULIN MOST DAY GIVING ME

2 CC INSTEAD OF THE 20 CC I

NEEDED. MY LAWYER WERE ABLE

TO FINALLY GET ME OUT OF THERE

AND BLOCKED BY COURT ORDER THE

MARSHALS FROM RETURNING ME

THERE FOR COURT APPEARANCES WHEN

I WAS A SHERIDAN. I WENT

TO INVERNESS JAIL INSTEAD

Case no. 3:20-CV-00804-SB    (4)

WERE I GOT GREAT CARE AND

ALL MEDICAL NEEDS WHERE MET.

JOHN STIRLING
30326-086
SHERIDAN FED
PO BOX 6000
SHERIDAN OR
97378

#3 Bear Witness Jason P. Schaefer, He want to testify in Jury trial.

Don D. Lovell                                    07-31-2020
#80660-065                                      page 1 of 3.
Federal Detention center JI-116
P.O Box 6000
Sheridan, OR 97378


In the United State District court

For the District of ORegon

|  | Civil case No. 3:20-cv-804-SB |
|---|---|
| Don Douglas, Lovell | Case no. 3:20-cv-00804-SB |
| Plaintiff | motion |
| V. | AFFidAVit of |
| columBia county Jail staff, medical, Food | Jason Paul Schaefer |

        I, Jason Paul Schaefer, do hereby
depose and declare The Following to be true
and correct, upon penalty for perjury;
        I Spent a total of about 12 months
as an inmate at The columBia county Jail.
I have, unfortunately, been incarcerated at several
Jail Facilities, but Columbia County was by far

Case no. 3:20-CV-00804-SB

the worst in all regards.

There is simply nothing constitutional or legal about the policies and practices of the staff.

I was beaten physically, sexually abused by staff before a unit full of inmates, then denied medical treatment, and prosecuted for "Harrassment". The prosecution was dismissed, but they tried.

Columbia County does not employ a full time doctor, but rather, a consultant, who only works occassionally. They are known to employ a policy of sicking Dogs on uncooperative mentally ill inmates. Inmates are denied access to grievance processes, and when an inmate complains to a court, retaliation is swift and sure.

I know Don Lovell because he was in a cell next to me at Columbia County Jail. I know he has severe medical issues, the most severe I have ever seen while in jail. I believe he has lung cancer or lung Disease, and Hepatitus.

I believe Don Lovell's colon is destructing. As of this date, based on what I have seen and the maladies that Don Lovell describes to me including blood in

Case no. 3.20.-cv-00804-SB

page 3 of 5

his stool, I believe Don Lovell will
be dead within 12 months.

I have seen Columbia County Jail
retaliate against Don Lovell for seeking
medical treatment, Don Lovell was pushing
the Panic Button in his cell requesting
emergency medical treatment, and, despite the
apparent emergency, Columbia County Staff
punished Don Lovell, took away his Commissary,
and denied him any ability to go outside
or walk around outside his cell.

He was punished for having a real,
medical emergency.

Executed at Sheridan, Oregon, This
August 13, 2020.


8/13/2020          Jason Schaefer 90560065

                   Federal Detention center
                   P.O. Box 6000
                   Sheridan, Oregon 97378


Filed By: Don Lovell 80 6 6065
          Federal Detention Center
          P.O. Box 6000
          Sheridan, Oregon 97 378

need to be tried into federal courts. Thank you for your time.

10/07/2019

Don D. Lovell                                page 1 of 5.
#80660-065

columBia county Jail           "P.S." the columBia
901 port Avenue                county Jail staFF
St Helens, Or 97051            "ReFusing" to make
                               photo copys oF Legal Docum
                               so my new Attorney megen
                               copy

In The United State District court

For the District oF Oregon

|                              | New case No. 3:20-cv-00804sB |
|------------------------------|------------------------------|
| united State of America      | case No. 3:18-cr-00026-JB    |
| PlaintiFF                    | motion                       |
| V.                           | unsaFe Health conDitions     |
|                              | For all Federal + state      |
| Don Douglas Lovell           | Inmates, Being Held For      |
|                              | court at columBia            |
| DeFendant                    | county Jail It is            |
|                              | Violated 8th Amendment       |
|                              | Violated Attorney            |
|                              | client priplages, Recording calls |

on 8/20/2019 Federal Inmate Lovell #80660-065
vas at FCI VictorVille medium II, P.O. Box 3850
Adelanto, Ca 92301 U.S. Marshal they

new case No. 3.20-cv-00804-SB

page 2 of 5.

Had "Fly" Inmate Lovell, Here to
Portland, Oregon For Federal court on 10/03/2019.
    From 8/21/2019 to 9/06/2019, I was Being
Held at multnomal county Jail 11540 N.E. Inverness Dr
Portland, Or. 97220. on 8/23/2019 the Very
nice older Lady Doctor, She was trying to get
Inmate Lovell, medication For small cell Lung cancer.
    Because we Both Had Look up in the
medical computer It Does state on
1/24/2018 Federal Inmate Lovell, He is
"Positive" to small cell Lung cancer, and also
"Positive" to HipC and also to get
medication to "Help Restart Intestine to
work again, AFter Being "Poison" By eating
medical special meal For 5 months in
columBia county Jail. For my Judgment & sentence
on 9/20/2018, with "No medical Health care
at all For Being "Poison" or No medical Health care
For Lung cancer at all, or No medical Health care
For HipC, or No medical Health care For my
teeth at all, "P.S." "Head RN Sharon Brown"
She Had "Denied" all medication + Health care
to Inmate Lovell For 5 months, untill I was
move Back To sheridan prison aRound 9/20/2018
    "P.S." then aBout 4 Day Later aBout
8/27/2019 I Had write out a medical Kite

New Case No 3:20-cv-00804-SB

page 3 of 5.

For medical Help, in 2019 "chronic pain"
I am coughing up Black mold out of my
Lungs, then the next Day the RN Nurse
of multnomal county Jail, she tells
Inmate Lovell, It is not Black mold coming
out of your "Lungs" It is "Dead Lung tissue"
that is cause By your "smallcell Lung cancer"
in your "Left Lower Lung," It Does show
Two Different types of cancer in your Lung
are medical team are Trying to Let you
see a Real Lung cancer Doctor in portland
Oregon Area to see How Long you can Live
with out Have Lung cancer medication
P.S. we Do need the U.S. marshal OK
so the medical Bills can Be paid For! then
about a week Later on 9/06/2019 the
U.S. marshal Had move Inmate Lovell
Back to sheridan prison in U.S. marshal
Hold cells J-1 I got No medical Health
care For smallcell Lung cancer or medication
also No medication For Hip C after
Doctor Andrew of Sheridan prison on
12/13/2018 Inmate Lovell was Approve For
Hip C medication and place on a Hipc
medical List For medication For Hip C
It Has Been over 10 months No medication

New Case No 3-20-cv-00804-SB

page 4 of 5.

at all For Hip c, or Lung cancer?
I was place Back into a medical cell
JT-114 with Elec power to Run my Lung medical
Equipment to Help me Breath Better, But Not
medication For Lung cancer, P.s, I Have to
Be move to a medical prison Like "seatac washington"
or "tremal Inland" medical prison in Ca! Because
sheridan Poison can not "Perscribed" cancer medication
to Federal Inmate Because sheridan prison is not
a medical prison at all! "P.s," I Do get
Better Health care there at sheridan prison
then I ever Had at columBia County Jail!
the U.S. marshall on 9/27/2019 they
Had move me Back to columbia County Jail
For court on 10/03/2019, then my court Date
was change till December of 2019
"P.s," Federal Inmate Lovell. 80660-065
I Do need medication For Being "Poison" again
By the "cleaning" and "storalizing cheimals" For
Pots + pans, Food trays to Kill all the GErms HIV,
Hip c, and Black mold in the Kitchen work Area
also in the Bread to!
"P.s," these "Poison cheimals" are getting
Into are "special meal" Food 3 times Daily!
It Has cause me not to shit For 11 Days
and It Did cause Inmate Lovell in 2018

page 5 OF 5.

New case No. 3-20-cv-00804-sB

10/13/2019

I Fedeal Inmate Lovell, on "Kiosk computer"

Am "Requesting" photo copies oF all medical Repor
From may to September 2018 aBout X-Ray medical
Report, and also all medication and Health care treatment
aBout Inmate Lovell, He had "stop shitting" For
weeks. the very Bad Food, and also the very Bad water to.
For all medical Help, and also all medical Reports, and
medication, and all medical treatment in 2019.

P.S.

also "Requesting" photo copies, oF oF all
medical Kites, oFF "Kiosk computer" asking For
medical Help, and also the "Response Back" From
medical staFF, to Federal Inmate Lovell medical
Kites asking For medical Help! in 2019 september to
the only BD Terry K, she know this is all true.

P.S.

I Federal Inmate Lovell, am Being "Denied"
medical Health care, and medication For I
Had "stop shitting" For 14 Days now, Because oF
"Food Poisoning" and "Bad water in m cell to.
at columBia county, Jail, In St Helens Oregon
P.S. the chronic pain in my Intestline, and
stomach is Really Really Bad! Being Force
to eat DiaBetic special meal, It Has cause Inmate
Lovell to Have more medical Health proBlems! and
still Being "Force" to eat "special meal" that cause Health proBlem

new case No. 3/20-CV-00804-SB

Don D. Lovell                                    10/21/2019.
#80660-065                                      page 1 oF 5.
columBia county Jail
901 port AVenue
St Helens, Or 97051


In the United State District court

For the District oF Oregon
New case No. 3:20-CV-00804-SB

| united state oF America | Case No. 3:18-CR-00026-JO |
|---|---|
| Plaintiff | Amended MOTioN |
| V. | unsaFe Health conDitions |
| | For all Federal & State Inmates, |
| Don Douglas Lovell | are Being Held For court at |
| | columBia county, Jail |
| DeFendant | Dause need to "stop" |
| | Housing all Inmates at |
| | columBia county Jail, It is |
| | Violation 8th Amendment |
| | Violation Attorney client priplage |

I Federal Inmate Lovell #80660-065, "Recording Attorney calls" V.S.
Do Have "#5 DiFFerent witness statements Documents" For
the U.S. District court, to use For EVidences "to show"
the "unsaFe Health conDitions" at columBia county, Jail
This is why "we Do need to "stop" Housing all Federal & State
Inmates For court at columBia county, Jail, unsaFe Health conDitions

Complant #3 or "6" page 2 of 5.
on "Kiosk computer")
new case 3:20-cv-0084-sB

unsafe Health conditions at columBia county, Jail
Being Force to Eat Bad Foods and also Being Force to
Drink Very Bad water in are cell. + No Health care
P.S. A Real medical DiaBetic special meal, I+
Dose Have whole wheat Bread only, Not white Bread at all.

Hi Proitein meat is Like Fish, Veal, Beef,
Pork, Not Ground meat at all!
P.S. the 10 pound Box of Ground meat is stamp
"Not use For Human consumption" P.S. this Ground
meat was made For cat and Dog Food only, and
"this is why," they Had stamp the Box of Ground meat
Not use For Human consumption! Forcing Inmate to eat it

VegetaBes Like, caBBage, green Beans, Peas, squash,
Brussel sprouts, cauliFower, Potato, onion, Tomato,
P.S. Not carrats 2 times Daily, 7 Days a week at all!

P.S. they Do need to use clean Bottle
water to cook are Food in, and also clean Bottle
water For are cells and clean Bottle water For our
medication 2 Daily to! and Do Not use city
water From st Helens Oregon, the Bad Batter Acid
water is unsafe to Drink in are cells at columBia
county Jail, they are using Bad Batter Acid water
to cook all oFare Food with, P.S. this is "why" so
many Inmates Federal and state to are "sick," By
the Food and water is Poisoning, P.S. You can

New case no. 3.20-cv-00804-SB

Taste it in your mouth and tongue
Every time you eat your Food and Drink
Bad water From your cell!
        P.S.
        then the Head "RN nurse" oF "Death"
is called "Sharon Brown" with the other medical
staFF Samantha-Bishop-Lpn, Nangelides Lpn,
they all are inVolve Hate crimes on Inmates By
"ReFusing" all medical Health care For Food and
water Poisoning, No medical Health care For Dental, and
No Hip¢, and No cancer medication aether! and Bring
Force to Eat Very Bad Food, and also Force Inmate
to Drink Very Bad water From are cells, It is
"Causing" Federal and State Inmates to have more
medical Health problems Like "Stop shitting" For "24" Days
and weeks also Intestine and Stomach new Health problem
        P.S.
        the Black mold in the whole Kitchen work
Area, and also in the Bread to!
        the Black mold is in are Showers, and also air vents
to!
        P.S.
        All the columBia county Jail staFF and Deputy's
and all the medical staFF they all Drink clean
Bottle water and they Do Buy cases and cases oF
clean Bottle water, It comes on "rl" palet, and
clean Bottle water is all over columBia county Jail area!

new case no. 3:20-cv-00804-SB

P.S.

the columbia county Jail staff, they Do "spend money" on clean Bottle water about $5,000.00 to $10,000.00 once a year, and they Do Force all Inmates to Drink Bad Batter acid water From there cells, and also the Bad Food Being cook in Very Bad Batter acid water too!

"P.S."

"From 2000 to 2019" For nine years you can get "photo copies" oF the "quarterly Receipts" and also "annualey Receipts" once a year on columbia county Jail "Buying" clean Bottle water, For the last nine years! "To show" that That columbia county Jail Deputies, and staff and also medical staff to!

"P.S."

They all Do Know the "water and Food" is Very, Very, Bad at columbia county, Jail, It is Very Very Bad For Inmates Health, It is causing more Intestine medical Health proBlems, Like "stop" "shitting" For weeks and weeks and Even months to! and also causing other medical Health proBlems to, Like Kidney, Liver pancreas, colon, and even more medical Health proBlems Like "Colon Cancer" to! First time Inmate ever got Food or water poisening is may to september "2018 For 5 months" and second time Food or water poison 2019 September to octoBer, P.S. No medical Health care atal

New Case No 3,20-cv-00804-SB

NO Hep C medication or cancer at all! page 5 of 5.
To Have "serious Bodily Injury" "Chronic pain"
with a "long term" Intestine medical Health
Problems, "pancreas", "Kidneys", "Liver" and more
medical Health problems to! It Has Been
going on For over 1 year now! also "Leaving"
these "Divits" Into my Finger nail, I am
Being "Poison again" By the Food I eat and
the "Bad water" I Drink in my (cell ALL)
at columBia county, Jail!
    "(P.S.)"                    "(Grevance No. 001477)
I Had ask For medical Health care
For these matter and I. was
"Denied" all medication & Health care
Foom "Head RN sharon Brown"
"(P.S.)"  this is only a "wrong Ful Death"
"By RN sharon Brown she is "shorting up"
my "Life spane" By 20 to 30 years"
this is only a "medical murder"
on all Inmates Her at columBia
county Jail. "(P.S.)" all Inmetes
I Have talk to we all Have the
same Health proBlems too"
"(P.S.)" you can "Tast" the "Poison" in your
mouth when you get Done eating Food
every Time you eat Food!
thank you For your time. Don Lovell

I Donovan Anthony Wood have experienced a loss of strength and Energy after drinking the water here at Columbia County Jail. I've been told the water our food is boiled and cooked in is contaminated. I've also been harassed by the guards countless times. 1 example is after our meal was late. Lunch which is supposed to be authorized and given at Noon, 12 P.M. was given at 12:45 pm leaving the inmates to question. After questioned. I given "the guys have been getting later and later each day. What gives? The deputy in response. Dpt. Dawson responded. "Oh, we like to make you wait." I thought this was a little unerving. Not only was I denyied to talk to my Probation officer after constantly "filling out kites" but contacting my Attorney who Put an email out directly to my probation officer. still no response and i've been wondering what's going on. et no response to my P.O. No response from either my Attorney or my P.O. They keep us in the Dark here, and something has got to give. Not only did they Deny my Depression meds ~~but~~ ~~made~~ ~~me~~ ~~feel~~ ~~like~~ ~~nothing~~ ~~a~~ ~~whole~~ ~~day~~ ~~the~~ ~~medi~~ until I had a mental breakdown ~~forcing~~ u, to go into Suicide watch. Then I finally talked with a doctor to recieve medicine for my mental Illnesses. ~~need~~ ~~to~~ ~~a~~ ~~number~~ ~~2~~ ~~with~~ ~~the~~ ~~food~~ ~~they~~ ~~give~~ ~~us~~.

~~Case #: 18CR5702Z~~ ct1      10/5/4

~~case #~~ 18CR5702Z ct 3
                Signed,

            Donovan Wood            (503) 369-
                                        3023

I Jonathan James Andrews SID# 18057884, on Tuesday 10-15-201 was a material witness to Nurse Sharon Brown refusing medications to Don Lovell for the second time in a week's period. At Colombia County J in St. Helens OR at 9:45 am on 10-11-2019 & 9:30 am on 10-15-2019. Both times Nurse Sharon Brown told Mr. Lovell to get contaminated drinking water from the tap water in Our cells. When Mr. Lovell was explning he has a grievance in the works because of this kind of treatment, both times Nurse Sharon Brown slammed the food trey door on Mr. Lovell & stated No Water No medication & walked off. While Mr. Lovell was in Process "obviously" of filling his plastic cup with the contaminated water. I was just witnessed to a Nurse getting Angry & taking it out in Somebody that completely did Not deserve her abusive behavic. This was the final straw for me, I can't sit around & watch this take place without saying something. I to have complaints about this Jail. Since my arrest date on 9-22-2019 I have been trying to get on my Religious Diet of Kosher Meal. So far I have bee told No to my Buhdist prayer Rug - As well as Bible! Today is 10-15-20 3 day's & I'm still with out my Diet or religious materials. I've lost so much weight while being housed at this Jail, it's honestly making me weak & taking a quick plea bargain to go to PRISON, So I can get away from this Jail & it's meals & water that are makin me Physically weak! I too have not enough Nutrients in the Die they give us to use the restroom on a regular basis. I've ONLY been & small stools in 23 days at this Jail. Please help us just get fair quality. Thank you to whom this may concern

Jon Andrews
10-15-2019

Jon Andrews - 360-634-1155

I witness multiple violations here, the nurse denie medical attention. The deputies lie to our faces, complain when we need help, give us attitude, The court system legally black mailed me, and charged me wrong, they give me measure 11 which is not consitional. I didn't get an fair chance to prove my innocence, I did not get fair repersentation/ attorney, They do not ~~feed~~ us properly, Nor feed us enough, or properly, They leave us is harmful conditions, and when i report it, i am ignored. I have been fairley mistreated, disrespected, on mutiple ~~hands~~ times, i have been put in hazdors, and put in unsafe situations, With people with mental health condintions. They have put my life in danger, on multiple occasions, when i ask for help, i did not recieve help, i have been discriminated against, and treated unfairley, with prejuice -Columbia county jail / # 101858    10/16/2020

10/17/19

page 5 oF5.

New case no 3.20.-cv-00804-SB

I Jonathan James Andrews am formely filing another Complaint against CCO Marquette 58121 of the Columbia County J for gross misconduct of medical misconduct. For the date of 10-15-20. At 8:18 my cell mate Donald Lovell had to push the medical emergency button for me, while living in cell#A4b. I had Started throwing up all over my bedding & bed. At 9:10 Deputy Marquette #58121 finally walked into the cell & asked what was going on, when trying to explain he interrupted & said "have you filled out a medical kyte." He then said he would bring new blankets & sheets.

Then around 9:40 PM my cellmate Donald Lovell had to push the medical Emergency Button again cause I began throwing up the viral dinner that was fed to us again. Again Deputy Marquette#58121 was back & refused medical help or clean & Sanitary conditions to myself & my cellmate for the rest of his shift. I was stuck with soiled bedding as well as the fumes and odors of vommit in our cell-A4b- All N9

JN Andrews 10-17-19

Jonathan James Andrews SID-1805244-
140 Windsor LN
Longview WA 98632
360-636-1153